# IN THE SUPREME COURT OF THE STATE OF NEVADA

DZIDEFO MENSAH,
                      Appellant,
          vs.
CORVEL CORPORATION,
                      Respondent.

No. 70323

FILED

FEB 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a petition for judicial review. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

On November 1, 2016, this court entered an order directing appellant, within 15 days, to file and serve the transcript request form, docketing statement, and the informal brief for pro se parties or an opening brief that complies with NRAP 28. *See* NRAP 9(b), NRAP 14(b), NRAP 28(k). We cautioned appellant that failure to comply with our order could result in sanctions, including dismissal of the appeal. *See* NRAP 9(a)(7), NRAP 14(c), NRAP 31(d). To date appellant has failed to file any of the documents. Accordingly, we conclude that appellant has abandoned this appeal, and we·

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-06644

cc: Hon. David A. Hardy, District Judge
Dzidefo Mensah
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A